·peal, Fourth Circuit, Parish of Jefferson. 193 So.2d 291.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.

195 So.2d 643

**STATE of Louisiana, through the DEPARTMENT OF HIGHWAYS,**

**v.**

**Edward A. ARMSTRONG et al.**

**No. 48580.**

March 10, 1967.

In re: State of Louisiana, Department of Highways applying for certiorari, or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 193 So. 2d 538.

Writ refused. On the facts found by the Court of Appeal there is no error of law in the judgment complained of.